UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION

CIVIL ACTION NO. 2:21CV96 (WOB-CJS)

JASON OSWALD, ET AL                                      PLAINTIFFS

VS.                    **TEMPORARY RESTRAINING ORDER**

GOVERNOR ANDY BESHEAR                                    DEFENDANT

    The Court has reviewed the record herein, including Plaintiffs' Verified First and Amended Petition for Declaration of Rights and Motion for Injunctive Relief (Doc. 6-1 at 2-39, Doc. 6-2 at 2-36, Doc. 6-3 at 2-14, Doc. 9); Plaintiffs' Motion for an Ex-Parte Emergency Motion for Injunctive Relief (Doc. 1-4 at 2-5); and the verification of Dr. Jessica Twehues, a licensed psychologist and parent of three of the plaintiff children, (Docs. 1-5, 8).

    Having done so, the Court makes the following findings pursuant to Fed. R. Civ. P. 65(b):

    (1) Plaintiffs are likely to succeed on the merits of their claims that Executive Order 2021-585, issued by defendant Governor Andy Beshear on August 10, 2021, is violative of KRS 39A(3) and therefore void and unenforceable;

(2) By virtue of the Governor's likely unlawful issuance of Executive Order 2021-585, which requires plaintiffs, who are elementary school children, to wear masks at all times indoors while at school, plaintiffs face immediate harm to their emotional well-being and academic growth. Such intangible and unquantifiable harm is irreparable because it cannot be measured or undone. A temporary restraining order is required to enjoin defendant's actions and preserve the status quo until the Court holds a hearing on the merits. For the same reasons, this temporary restraining order is being issued without notice to defendant and before he is heard in opposition;

(3) Plaintiffs lack an adequate remedy at law to redress the harm caused by defendant's actions;

(4) The balance of the hardships between the parties weighs in favor of issuing a temporary restraining order inasmuch as defendant's actions pose a threat to plaintiffs' emotional well-being; and

(5) Because defendant has acted contrary to law, the public interest weighs in favor of issuance of the temporary restraining order;

Therefore, the Court being advised,

**IT IS ORDERED** that:

(1) Defendant Governor Andy Beshear, his officers, agents, servants, employees, attorneys, or other persons who are in active

concert or participation with him, be, and are hereby, **ENJOINED** from enforcing Executive Order 2021-585; and

(2) Plaintiffs shall post a security bond in the amount of $10,000.00.

This 19th day of August, 2021 at 2:05 p.m.



Signed By:
William O. Bertelsman  WOB
United States District Judge